RIVERA & ASSOCIATES

1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants,
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
and OFFICER RYAN N. VICE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN A. RAMIREZ, | **TEMPORARY CASE NO.: 2:17-at-00921** |
| Plaintiff, | (Sacramento County Superior Court Case No.: 34-2017-00215850) |
| vs. | **DEFENDANTS' SEPARATE NOTICE OF REMOVAL OF ACTION** |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, OFFICER RYAN N. VICE, and DOES 1 through 10, Inclusive | |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD: PLEASE TAKE NOTICE** that Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and OFFICER RYAN N. VICE, hereby remove the above-stated state court action to the United States District Court for the Eastern District of California. See DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §144(b) AND DEMAND FOR JURY TRIAL, filed and served concurrently herewith.

///

///

Dated: September 7, 2017                    RIVERA & ASSOCIATES


                                           /s/ Shanan L. Hewitt
                                           SHANAN L. HEWITT
                                           Attorney for Defendants
                                           COUNTY OF SACRAMENTO,
                                           SACRAMENTO    COUNTY    SHERIFF'S
                                           DEPARTMENT and OFFICER RYAN N. VICE

Ramirez v. County of Sacramento, et al.
Sacramento County Superior Court Case Number 34-2017-00215850
Eastern District Case Number 2:17-at-00921

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento.  My business address is 1425 River Park Dr., Suite 250, Sacramento, California, 95815.  I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANTS' SEPARATE NOTICE OF REMOVAL OF ACTION**

 X          on all parties who have appeared via electronic mail through CM/ECF.

 X          on the parties in this action by causing a true copy thereof to be placed in a sealed
                envelope with postage thereon fully prepaid in the designated area for outgoing mail

addressed as follows:

Attorneys for Plaintiff:

Michael R. Loewen, Esq.
Ali G. Moua, Esq.
Law Offices of Michael R. Loewen
4811 Chippendale Dr., Suite 203
Sacramento, CA 95841

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on September 7, 2017, at Sacramento, California.

/s/ Melissa Green
Melissa Green