1  MICHEAL R. LOEWEN, ESQ. SBN 105197
   ALI. G. MOUA, ESQ SBN 301887
2  4811 Chippendale Dr., Suite 203
   P.O. Box 417078
3  Sacramento, CA. 95841-7078
   Telephone: (916) 344-2300
4
   STANLEY P. FLESHMAN, ESQ. SBN: 061133
5  Law Office of Stanley P. Fleshman
   725 University Avenue
6  Sacramento, CA 95825
   Telephone: (916) 561-0929
7  Facsimile: (916) 561-0931

8  Attorneys for Plaintiff
   BRIAN RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN RAMIREZ, | Case No.: 2:17-CV-01868-JAM-CGH |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY CUT OFF DATE FOR EXPERT DISCOVERY; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO;SACRAMENTO COUNTY SHERIF'S DEPARTMENT;OFFICER RYANN N. VICE, and DOES 1-20 | |
| Defendants. | |

DEFENDANTS' Motion to Exclude Plaintiff's Experts came on duly for hearing before the Honorable Judge Magistrate Gregory G. Hollows on September 27, 2018. Stanley Fleshman appeared on behalf of the Plaintiff, Brian Ramirez. Shanan Hewitt appeared on behalf of all Defendants. Following argument of counsel, the Magistrate ordered that the depositions of Plaintiff's retained experts, Scott DeFoe and Laurence Neuman, be conducted before the depositions of Defendants' retained experts. Further, the Magistrate ordered that Plaintiff shall bear the burden of the expert expense of Plaintiff's experts to attend their depositions.

The parties hereby stipulate that the discovery cut off date of October 22, 2018 as set forth in the Court's Scheduling Order be extended to November 26, 2018 for expert discovery pursuant to Magistrate Judge Hollows' order dated September 27, 2018 (Document 18).

SO STIPULATED:

ALI G. MOUA on behalf of the Plaintiff Brain Ramirez:

Dated: September 28, 2018  /s/ Ali Gexiafong Moua
ALI G. MOUA

SHANAN HEWITT on behalf of all Defendants:

Dated: September 28, 2018  /s/ Shanan L. Hewitt
SHANAN HEWITT

**IT IS SO ORDERED:**

DATED: October 1, 2018  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE