UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN A. RAMIREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, OFFICER RYAN N. VICE, and DOES 1 through 10, Inclusive,<br><br>   Defendants. | No. 2:17-cv-01868-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On January 8, 2019 at 1:30 p.m., this matter came before the Court on Defendants' Motion for Summary Judgment (ECF No. 22). For the reasons set forth at the hearing and reflected in the transcript of that hearing (ECF No. 52), this Court GRANTS Defendants' Motion for Summary Judgment in its entirety. Judgment shall be entered in Defendants' favor, and the Clerk of Court shall vacate all dates and close this file.

IT IS SO ORDERED.

Dated: February 13, 2019

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1